# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143557(61)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                      SC: 143557
                                      COA: 297914

MARK EARL WHITE,
        Defendant-Appellant.
                                      Saginaw CC: 09-032970-FC

_____/

On order of the Court, the motion for reconsideration of this Court's October 24, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2012                        _____
                                                  Clerk

d0123